IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARWIN KEITH BUSH,<br><br>    Defendant. | 1:01-CR-5137 AWI<br><br>**ORDER FOR RESPONSE FROM THE UNTIED STATES ON DEFENDANT'S REQUEST FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582** |

On May 3, 2004, following a guilty plea, Defendant was sentenced to 262 months imprisonment for violation of 21 U.S.C. § 841.

On June 16, 2008, following a stipulation between Plaintiff and Defendant, Defendant was resentenced pursuant to 18 U.S.C. § 3582(c)(2) to 210 months imprisonment.

On November 30, 2011, Defendant filed another motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). After reviewing Defendant's motion, the Court finds it appropriate for the Plaintiff to file a response, and to give Defendant an opportunity to file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff United States shall file a response to Defendant's motion for reduction of sentence within twenty-one (21) days of service of this order; and

2. Defendant may file a reply to any response by the United States within twenty-one (21) days of service the response.

IT IS SO ORDERED.

Dated:   July 9, 2013                                                                              
                                                                   SENIOR DISTRICT JUDGE